EXHIBIT A

Electronically Filed
Kahalah A. Clay
Circuit Clerk
Nora McDaniel
21L0286
St. Clair County
3/24/2021 1:59 PM
12698978

IN THE CIRCUIT COURT
THIRD JUDICIAL CIRCUIT
ST. CLAIR COUNTY, ILLINOIS

| | |
|---|---|
| DOUGLAS TANKSLEY, | ) |
| | ) |
| Plaintiff, | ) Cause No. 21L0286 |
| | ) |
| vs. | ) |
| | ) |
| KARANVEER CHAWLA, | ) |
| 2806 Slough Street | ) |
| Mississauga, Ontario Canada  L4T1G3 | ) |
| | ) |
| Serve: Secretary of State, | ) |
| Jesse White | ) |
| 213 State Capitol | ) |
| Springfield, IL 62756 | ) |
| | ) |
| And | ) |
| | ) |
| AMERI-CAN SYSTEMS, | ) |
| 4 Blair Drive | ) |
| Brampton, Ontario Canada L7A5N6 | ) |
| | ) |
| Serve: Secretary of State, | ) |
| Jesse White | ) |
| 213 State Capitol | ) |
| Springfield, IL 62756 | ) |
| | ) |
| Defendants. | ) |

## COMPLAINT
### COUNT I

Comes now Plaintiff, Douglas Tanksley by and through his attorneys and for his cause of action against Defendant, Karanveer Chawla, and states to the Court as follows:

1. That at all times mentioned herein, Plaintiff Douglas Tanksley was and is a citizen and a resident of the State of Missouri.

2. That at all times mentioned herein, Defendant Karanveer Chawla (herein referred to as "Chawla" or "driver") was and is a resident and citizen of the Nation of Canada and a commercial truck driver, whose last known address is 2806 Slough Street, Mississauga, Ontario Canada L4T1G3, and was using and operating a vehicle over or upon the highways of the State of Illinois, and is therefore subject to service of process pursuant to the procedures of 625 ILCS 5/10-301 (a).

3. That at all times mentioned herein, Defendant Ameri-Can Systems was and is an Ontario Canada Transport Company that has no registered agent in Illinois, and is therefore subject to service of process pursuant to the procedures of 805 ILCS 5/5.25(a), and was running a freight hauling business, located at 4 Blair Drive, L7A5N6, Brampton, Ontario, Canada, and was the owner or lessor of the tractor and trailer unit operated by Chawla over and upon the highway of the State of Illinois, and who was an employee and agent acting within the course and scope of his employment and agency at all times herein alleged.

4. That the cause of action herein accrued and occurred in the County of St. Clair, State of Illinois, on or about November 13, 2019.

5. That at all times mentioned herein, Interstate 255 was an open and public highway located within the County of St. Clair, State of Illinois.

6. That on November 13, 2019, Defendant Chawla was operating a vehicle that was an Ameri-Can Systems tractor truck with attached Ameri-Can Systems trailer, northward on Interstate 255 near milepost 23.2 in St. Clair County, Illinois, when due to the negligent and careless manner in which he operated the Ameri-Can Systems tractor truck and trailer, the tractor-trailer traveling north on Interstate 255, operated by Douglas Tanksley, was struck and collided with in Plaintiff's lane of travel when defendant's tractor-trailer changed lanes from the

passing lane into Plaintiff's lane, thereby causing plaintiff to suffer severe and permanent injuries as more specifically alleged hereinafter.

7. That the aforesaid collision and resulting damages sustained by Plaintiff, Douglas Tanksley were directly and proximately caused by the negligence and carelessness of the Defendant driver Chawla, in the following respects.

a) That Defendant driver failed to keep a careful lookout.

b) That Defendant driver drove at an excessive speed.

c) That Defendant violated 625 ILCS 5/11 – 709(a), improper lane usage.

d) That Defendant driver crossed into Plaintiff's lane of travel and struck Plaintiff's vehicle after attempting to pass Plaintiff's vehicle on the left, in violation of 625 ILCS 5/11 – 703(a).

e) That Defendant drove at a speed in excess of the legal maximum as posted.

f) That Defendant driver was negligent per se for his violation and plea of guilt/conviction of 625 ILCS 5/11 – 709(a) for improper lane usage involving an accident.

8. That as a direct and proximate result of the negligence of the Defendant Driver Chawla, Plaintiff, Douglas Tanksley, sustained the following injuries: head and brain injuries, closed head injuries, headaches and dizziness, mental anguish; neck and back injuries including damage to his discs, ligaments, tendons and soft tissues; hands, wrists and arms injuries; chest and torso injuries and damage; contusions about his body and soft tissue contusions about his body, shoulders, ankles and knees; that Plaintiff suffered, suffers and will in the future continue to suffer great physical pain and mental anguish; and that all of Plaintiff's injuries are permanent and progressive.

9. That as a direct and proximate result of the negligence of the Defendant as stated aforesaid, Plaintiff has been caused to incur sums of money for reasonable medical, doctor, physician, and hospital care; and Plaintiff will be caused to undergo further reasonable and necessary medical care and treatment in the future for which he will become indebted; and Plaintiff was further caused to incur lost wages.

WHEREFORE, Plaintiff Douglas Tanksley prays judgment against Defendant, Karanveer Chawla, for an amount in excess of Fifty Thousand Dollars ($50,000.00), and for his costs expended herein, and for such other and further relief as the Court deems just and proper under the circumstances.

## COUNT II

Comes now Plaintiff, Douglas Tanksley by and through his attorneys and for his cause of action against Defendant, Ameri-Can Systems, and states to the Court as follows:

1. That Plaintiff hereby incorporates Count 1 and all paragraphs therein by reference as though fully set forth herein.

2. That at all times mentioned herein, Defendant Karanveer Chawla (herein referred to as "Chawla" or "Defendant Driver") was and is a resident and citizen of the Nation of Canada, and at all times and dates herein alleged and mentioned was an agent and employee who was acting within the course and scope of his employment with Ameri-Can Systems as a commercial driver including at the time of the collision herein alleged.

3. That the cause of action based upon a vehicular collision herein accrued and occurred in the County of St. Clair, State of Illinois on Interstate 255 near milepost 23.2, on or about November 13, 2019.

4. That at all times mentioned herein, Interstate 255 near milepost 23.2 was an open and public highway located within the County of St. Clair, State of Illinois.

5. That on November 13, 2019, Defendant Driver Chawla was operating the Ameri-Can Systems tractor truck with attached trailer, northward on Interstate 255 near milepost 23.2 in St. Clair County, Illinois, when due to the negligent and careless manner in which he operated the tractor truck with attached trailer, the tractor-trailer traveling north on Interstate 255, operated by Plaintiff Douglas Tanksley, was struck and collided with in Plaintiff's lane of travel when defendant's tractor trailer changed lanes from the passing lane into Plaintiff's lane, thereby causing plaintiff to suffer severe and permanent injuries as more specifically alleged hereinafter.

6. That the aforesaid collision and resulting damages sustained by Plaintiff, Douglas Tanksley were directly and proximately cause by the negligence and carelessness of the Defendant driver Chawla and Ameri-Can Systems is liable for Chawla's negligence under the doctrine of agency and respondent superior, for the following acts of negligence.

   a) That Defendant driver failed to keep a careful lookout.

   b) That Defendant driver drove at an excessive speed.

   c) That Defendant violated 625 ILCS 5/11 – 709(a), improper lane usage.

   d) That Defendant driver crossed into Plaintiff's lane of travel and struck Plaintiff's vehicle after attempting to pass Plaintiff's vehicle on the left, in violation of 625 ILCS 5/11 – 703(a).

   e) That Defendant drove at a speed in excess of the legal maximum as posted.

   f) That Defendant driver was negligent per se for his violation and plea of guilt/conviction of 625 ILCS 5/11 – 709(a) for improper lane change involving an accident.

7. That Ameri-Can Systems is liable and responsible for any negligence of Chawla as Chawla was an agent and employee of Ameri-Can Systems who was acting within the scope and course of his employment and agency at the time of the collision.

8. That as a direct and proximate result of the negligence of the Defendant Driver Chawla, Plaintiff, Douglas Tanksley, sustained the following injuries: head and brain injuries, closed head injuries, headaches, dizziness, mental anguish; neck and back injuries including damage to his discs, ligaments, tendons and soft tissues; hands, wrists and arms injuries; chest and torso injuries and damage, contusions about his body and soft tissue contusions about his body, shoulders, ankles and knees; that Plaintiff suffered, suffers and will in the future continue to suffer great physical pain and mental anguish; and that all of Plaintiff's injuries are permanent and progressive.

9. That as a direct and proximate result of the negligence of the Defendant Driver Chawla as stated aforesaid, Plaintiff has been caused to incur sums of money for reasonable medical, doctor, physician, and hospital care; and Plaintiff will be caused to undergo further reasonable and necessary medical care and treatment in the future for which she will become indebted; and Plaintiff was further caused to incur lost wages.

WHEREFORE, Plaintiff Douglas Tanksley prays judgment against Defendant, Ameri-Can Systems, for an amount in excess of Fifty Thousand Dollars ($50,000.00), and for his costs expended herein, and for such other and further relief as the Court deems just and proper under the circumstances.

*Robert H. Pedroli*
_____
Robert H. Pedroli, Jr. IL Bar #6189942
PEDROLI & GAUTHIER, LLC
Attorneys for Plaintiff
130 S. Bemiston, Suite 300
Clayton, MO 63105
314/726-1817
314/726-6087 (Fax)
mylegalworld@sbcglobal.net